**Order entered November 29, 2021**



**In The**
**Court of Appeals**
**Fifth District of Texas at Dallas**

No. 05-21-00936-CV

**WILLIS ALAN HIZAR, ET AL., Appellants**

**V.**

**KENNETH HEFLIN, ET AL., Appellees**

**On Appeal from the County Court at Law No. 2**
**Collin County, Texas**
**Trial Court Cause No. 007-01345-2020**

**ORDER**

Before the Court is the November 23, 2021 request of Collin County Clerk Stacey Kemp for an extension of time to file the clerk's record. We **GRANT** the request and extend the time to **December 27, 2021**. We **DIRECT** the Clerk of this Court to send a copy of this order to Ms. Kemp and all parties.

/s/    KEN MOLBERG
        JUSTICE